**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Ebanks v. Redbox Automated Retail, LLC     Case Number: 1:19-cv-04532

An appearance is hereby filed by the undersigned as attorney for:

Redbox Automated Retail, LLC

Attorney name (type or print): Margaret Schuchardt

Firm: Jaszczuk P.C.

Street address: 311 S. Wacker Drive, Suite 3200

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6283008     Telephone Number: 312-442-0509
(See item 3 in instructions)

Email Address: mschuchardt@jaszczuk.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☑ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☑ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. §1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 3, 2019

Attorney signature: S/ Margaret M. Schuchardt
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015