UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAWAND EBANKS, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>    v.<br><br>REDBOX AUTOMATED RETAIL, LLC,<br><br>  Defendant. | Judge Hon. Virginia M. Kendall<br>Magistrate Judge Hon. Jeffrey Cummings<br><br>No. 1:19-cv-04532 |

## NOTICE OF MOTION

TO:    Eugene Y. Turin
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
eturin@mcgpc.com

Frank S. Hedin
HEDIN HALL, LLP
1395 Brickell Ave., Suite 900
Miami, FL 33131
Tel: (305) 357-2107
fhedin@hedinhall.com

PLEASE TAKE NOTICE that on Monday, July 15, 2019, at 9:00 a.m., or as soon thereafter as the matter may be heard, Defendant Redbox Automated Retail, LLC ("Defendant" or "Redbox"), by and through its attorneys, shall appear before the Honorable Virginia M. Kendall, in the courtroom usually occupied by her in the United States District Courthouse, 219 South Dearborn Street, Room 2319, Chicago, Illinois 60604, and shall then and there present the attached MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT in the above-captioned case, a copy of which is herewith served upon you.

Dated: July 9, 2019                                     Respectfully submitted,

                                                        By:   */s/ Martin W. Jaszczuk*
                                                        Martin W. Jaszczuk
                                                        Margaret M. Schuchardt
                                                        Tamra Miller
                                                        JASZCZUK P.C.
                                                        311 South Wacker Drive, Suite 3200
                                                        Chicago, IL 60606
                                                        Telephone: (312) 442-0509
                                                        Facsimile: (312) 442-0519
                                                        mjaszczuk@jaszczuk.com

Case: 1:19-cv-04532 Document #: 8 Filed: 07/09/19 Page 3 of 3 PageID #:49

3

## CERTIFICATE OF SERVICE

I, Margaret M. Schuchardt, an attorney, certify that I caused the foregoing document to be served upon the following via electronic mail and U.S. Mail on July 9, 2019:

Eugene Y. Turin
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
eturin@mcgpc.com

Frank S. Hedin
HEDIN HALL, LLP
1395 Brickell Ave., Suite 900
Miami, FL 33131
Tel: (305) 357-2107
fhedin@hedinhall.com

                                       */s/ Margaret M. Schuchardt*