UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Shawand Ebanks
                            Plaintiff,

v.                                                       Case No.: 1:19−cv−04532
                                                      Honorable Virginia M. Kendall

Redbox Automated Retail, LLC
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 11, 2019:

      MINUTE entry before the Honorable Virginia M. Kendall. Defendants' Motion for extension of time to answer [7] is granted. Answer shall be filed by 8/9/2019. Joint Status Report due by 8/16/2019. Initial Status hearing reset for 8/21/2019 at 9:00 AM. Motion hearing set fore 7/15/2019 is stricken. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.