# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| SHAWAND EBANKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REDBOX AUTOMATED RETAIL, LLC,<br><br>Defendant. | Judge Hon. Virginia M. Kendall<br>Magistrate Judge Hon. Jeffrey Cummings<br><br>No. 1:19-cv-04532 |

## **NOTICE OF MOTION**

TO:    Eugene Y. Turin
          MCGUIRE LAW, P.C.
          55 W. Wacker Drive, 9th Fl.
          Chicago, IL 60601
          eturin@mcgpc.com

          Frank S. Hedin
          HEDIN HALL, LLP
          1395 Brickell Ave., Suite 900
          Miami, FL 33131
          Tel: (305) 357-2107
          fhedin@hedinhall.com

PLEASE TAKE NOTICE that on Thursday, August 15, 2019, at 9:00 a.m., or as soon thereafter as the matter may be heard, Defendant Redbox Automated Retail, LLC ("Defendant" or "Redbox"), by and through its attorneys, shall appear before the Honorable Virginia M. Kendall, in the courtroom usually occupied by her in the United States District Courthouse, 219 South Dearborn Street, Room 2319, Chicago, Illinois 60604, and shall then and there present the attached JOINT MOTION FOR SECOND EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT in the above-captioned case, a copy of which is herewith served upon you.

Dated: August 9, 2019                                     Respectfully submitted,

By:   */s/ Martin W. Jaszczuk*
Martin W. Jaszczuk
Margaret M. Schuchardt
Tamra Miller
JASZCZUK P.C.
311 South Wacker Drive, Suite 3200
Chicago, IL 60606
Telephone: (312) 442-0509
Facsimile: (312) 442-0519
mjaszczuk@jaszczuk.com

**CERTIFICATE OF SERVICE**

      I, Margaret M. Schuchardt, an attorney, certify that I caused the foregoing document to be served via the CM/ECF system on August 9, 2019.

                                                                                           /s/ Margaret M. Schuchardt