## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Shawand Ebanks

                    Plaintiff,

v.                                      Case No.: 1:19−cv−04532
                                             Honorable Virginia M. Kendall

Redbox Automated Retail, LLC

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 12, 2019:

      MINUTE entry before the Honorable Virginia M. Kendall. Parties' Joint Motion for extension of time for Defendant to respond to Complaint [10] is granted. Answer shall be filed by 9/6/2019. Joint Status Report due by 9/13/2019. Initial Status hearing reset for 9/25/2019 at 9:00 AM. Motion hearing set for 8/15/2019 is stricken. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.