**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| SHAWAND EBANKS, individually and on behalf of all others similarly situated, | Judge Hon. Virginia M. Kendall |
| Plaintiff, | Magistrate Judge Hon. Jeffrey Cummings |
| v. | No. 1:19-cv-04532 |
| REDBOX AUTOMATED RETAIL, LLC, | |
| Defendant. | |

**DEFENDANT REDBOX AUTOMATED RETAIL, LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Redbox Automated Retail, LLC states the following:

Defendant Redbox Automated Retail, LLC ("Redbox") is a Delaware limited liability company which owns and operates self-service movie and video game kiosks in the United States. The sole member of Redbox is Redwood Intermediate, LLC, a Delaware limited liability company. The sole member of Redwood Intermediate, LLC is Redwood Holdco, LLC, a Delaware limited liability company. The sole member of Redwood Holdco, LLC is New Outerwall, Inc., a Delaware corporation. New Outerwall, Inc. is owned by affiliates of certain funds managed by affiliates of Apollo Global Management, LLC, a publicly traded Delaware limited liability company (NYSE: APO).

Dated: September 10, 2019          Respectfully submitted,

By: */s/ Martin W. Jaszczuk*       
Martin W. Jaszczuk
Margaret M. Schuchardt
Tamra Miller
JASZCZUK P.C.
311 South Wacker Drive, Suite 3200
Chicago, IL 60606
Telephone: (312) 442-0509
Facsimile: (312) 442-0519
mjaszczuk@jaszczuk.com

**CERTIFICATE OF SERVICE**

I, Margaret M. Schuchardt, an attorney, certify that I caused the foregoing document to be

served upon the following via the Court's CM/ECF system on September 10, 2019:

Eugene Y. Turin
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
eturin@mcgpc.com

Frank S. Hedin
HEDIN HALL, LLP
1395 Brickell Ave., Suite 900
Miami, FL 33131
Tel: (305) 357-2107
fhedin@hedinhall.com

*/s/ Margaret M. Schuchardt*