IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| SHAWAND EBANKS, individually and on behalf of a class of similarly situated individuals, | ) ) ) | No. 19-cv-04532 |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Hon. Virginia M. Kendall |
| REDBOX AUTOMATED RETAIL, LLC, | ) ) | Magistrate Judge Jeffrey Cummings |
| *Defendant*. | ) ) | |

**UNOPPOSED MOTION TO CONTINUE INITIAL STATUS HEARING**

Plaintiff Shawand Ebanks ("Plaintiff"), by and through her undersigned counsel, hereby submits this unopposed motion to extend the previously set initial status hearing, and in support thereof states as follows:

1. Plaintiff originally filed her Class Action Complaint against Defendant Redbox Automated Retail, LLC ("Redbox") in the Circuit Court of Cook County on June 6, 2019. (Dkt. 1-1.)

2. Defendant removed Plaintiff's action to this Court on July 3, 2019. (Dkt. 1.)

3. Pursuant to Defendant's Unopposed Motion for Extension of Time (Dkts. 10, 12), Defendant filed its Answer to Plaintiff's Complaint on September 6, 2019. (Dkt. 13.)

4. In granting Defendant's Unopposed Motion for Extension of Time, the Court also set an Initial Status Hearing for September 25, 2019 at 9:00 a.m., and ordered the Parties to file a Joint Initial Status Report by September 13, 2019. (Dkt. 12.)

5. After meeting and conferring with Defendant, Plaintiff intends to file an Amended Complaint by September 17, 2019, which will substitute a new lead plaintiff in place of Plaintiff Ebanks to represent the putative class in this action.

1

6.     Plaintiff's counsel has conferred with Defendant's Counsel, and the Parties agree that in light of the upcoming amendment it would be most efficient to continue the initial status hearing to October 15, 2019, fourteen days following Defendant's deadline to file a responsive pleading to the forthcoming amended complaint, with an initial status report due on October 8, 2019.

**WHEREFORE**, the Parties respectfully request that the Court enter an Order continuing the Initial Status Hearing set for September 25, 2019 to October 15, 2019, with an Initial Status Report due on October 8, 2019.

Dated:  September 12, 2019                    Respectfully submitted,

SHAWAND EBANKS, individually and on behalf of a class of similarly situated individuals

By:  /s/ Eugene Y. Turin
        One of Her Attorneys

Eugene Y. Turin
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Floor
Chicago, IL 60601
Tel: (312) 893-7002
eturin@mcgpc.com

*Attorneys for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 12, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                            */s/* Eugene Y. Turin
                                                                Eugene Y. Turin