**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| SHAWAND EBANKS, individually and on behalf of a class of similarly situated individuals, | ) ) ) ) | No. 19-cv-04532 |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) | Hon. Virginia M. Kendall |
| REDBOX AUTOMATED RETAIL, LLC, | ) ) ) | Magistrate Judge Jeffrey Cummings |
| *Defendant.* | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on September 25, 2019, at 9:00 a.m., counsel for Plaintiff shall appear before the Honorable Virginia M. Kendall, or any judge sitting in her stead, in Courtroom 2319 in the U.S. District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois, and present the Plaintiff's *Unopposed Motion to Continue Initial Status Hearing.*

Dated:  September 12, 2019

Respectfully submitted,

SHAWAND EBANKS, individually and on behalf of a class of similarly situated individuals

By:  /s/ Eugene Y. Turin

One of Her Attorneys

Eugene Y. Turin
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Floor
Chicago, IL 60601
Tel: (312) 893-7002
eturin@mcgpc.com

*Attorneys for Plaintiff and the Putative Class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 12, 2019, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

counsel of record.

*/s/* Eugene Y. Turin
Eugene Y. Turin
