**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Maria Jara, et al.
                                    Plaintiff,

v.                                                      Case No.: 1:19−cv−04532
                                                           Honorable Virginia M. Kendall

Redbox Automated Retail, LLC
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 20, 2019:

      MINUTE entry before the Honorable Virginia M. Kendall. Plaintiff's UnopposedMotion to continue Initial Status hearing [15] is granted. Joint Status Report due by 10/8/2019. Initial Status hearing reset for 10/15/2019 at 9:00 AM. Motion hearing set for 9/25/2019 is stricken. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.