UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIA JARA, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>REDBOX AUTOMATED RETAIL, LLC,<br><br>   Defendant. | Judge Hon. Virginia M. Kendall<br>Magistrate Judge Hon. Jeffrey Cummings<br><br>No. 1:19-cv-04532 |

**NOTICE OF MOTION**

TO:  Eugene Y. Turin
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
eturin@mcgpc.com

Frank S. Hedin
HEDIN HALL, LLP
1395 Brickell Ave., Suite 900
Miami, FL 33131
Tel: (305) 357-2107
fhedin@hedinhall.com

PLEASE TAKE NOTICE that on Monday, October 7, 2019, at 9:00 a.m., or as soon thereafter as the matter may be heard, Defendant Redbox Automated Retail, LLC ("Defendant" or "Redbox"), by and through its attorneys, shall appear before the Honorable Virginia M. Kendall, in the courtroom usually occupied by her in the United States District Courthouse, 219 South Dearborn Street, Room 2319, Chicago, Illinois 60604, and shall then and there present the attached MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM in the above-captioned case, a copy of which is herewith served upon you.

Dated: October 1, 2019 Respectfully submitted,

By: */s/ Martin W. Jaszczuk*
Martin W. Jaszczuk
Margaret M. Schuchardt
Tamra Miller
JASZCZUK P.C.
311 South Wacker Drive, Suite 3200
Chicago, IL 60606
Telephone: (312) 442-0509
Facsimile: (312) 442-0519
mjaszczuk@jaszczuk.com

2

## **CERTIFICATE OF SERVICE**

I, Margaret M. Schuchardt, an attorney, certify that I caused the foregoing document to be served upon the following via the CM/ECF system on October 1, 2019:

Eugene Y. Turin
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
eturin@mcgpc.com

Frank S. Hedin
HEDIN HALL, LLP
1395 Brickell Ave., Suite 900
Miami, FL 33131
Tel: (305) 357-2107
fhedin@hedinhall.com

                                                */s/ Margaret M. Schuchardt*