**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Maria Jara, et al.
                               Plaintiff,

v.                                              Case No.: 1:19−cv−04532
                                                Honorable Virginia M. Kendall

Redbox Automated Retail, LLC
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 3, 2019:

    MINUTE entry before the Honorable Virginia M. Kendall. Briefing schedule set as to Defendant's Motion to Dismiss for Failure to State a Claim [19]. Response due by 10/17/2019. Reply due by 10/24/2019. Status Hearing set for 12/12/2019 at 9:00 AM. Initial Status hearing set for 10/15/2019 at 9:00 AM stands. Motion hearing set for 10/7/2019 is stricken. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.