## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MARIA JARA, individually and on behalf of a class of similarly situated individuals, | ) ) ) | No. 19-cv-04532 |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Hon. Virginia M. Kendall |
| REDBOX AUTOMATED RETAIL, LLC, | ) ) ) | Magistrate Judge Jeffrey Cummings |
| *Defendant*. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, October 15, 2019, at 9:00 a.m., counsel for Plaintiff shall appear before the Honorable Virginia M. Kendall, or any judge sitting in her stead, in Courtroom 2319 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois, and then and there present Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss.

Dated: October 8, 2019          Respectfully Submitted,

By: /s/ Eugene Y. Turin

Eugene Y. Turin
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
Tel: 312-893-7002
eturin@mcgpc.com

Frank S. Hedin
Hedin Hall, LLP
1395 Brickell Ave, Suite 900
Miami, Florida 33131
Tel: (305) 357-2107
fhedin@hedinhall.com

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 8th day of October, 2019, a true copy of the foregoing was filed electronically using the Court's CM/ECF system, to be served via operation of the Court's electronic filing system upon all counsel of record.

/s/ Eugene Y. Turin