## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Maria Jara, et al.
          Plaintiff,

v.                  Case No.: 1:19−cv−04532
                  Honorable Virginia M. Kendall

Redbox Automated Retail, LLC
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 11, 2019:

  MINUTE entry before the Honorable Virginia M. Kendall. Plaintiff's Unopposed Motion for extension of time to Respond [26] to Motion to Dismiss [19] is granted. Response due by 10/31/2019. Reply due by 11/7/2019. Status hearing reset for 1/8/2020. Motion hearing set for 10/15/2019 is stricken. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.