# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
## Eastern Division

Maria Jara, et al.

                        Plaintiff,

v.                                               Case No.: 1:19−cv−04532
                                                        Honorable Virginia M. Kendall

Redbox Automated Retail, LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 15, 2019:

       MINUTE entry before the Honorable Virginia M. Kendall. Initial Status hearing held on 10/15/2019. Discovery is stayed pending the Court's ruling on Motion to Dismiss [19]. Status hearing set for 1/8/2020 at 9:00 AM stands. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.