**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Maria Jara, et al.
                         Plaintiff,

v.                                    Case No.: 1:19−cv−04532
                                             Honorable Virginia M. Kendall

Redbox Automated Retail, LLC
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 29, 2020:

       MINUTE entry before the Honorable Virginia M. Kendall. Status hearing held on 1/29/2020. Parties shall submit to the Court a proposed joint Discovery schedule by 2/5/2020. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.