### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MARIA JARA, individually and on behalf of a class of similarly situated individuals, | ) ) ) ) | No. 19-cv-04532 |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Hon. Virginia M. Kendall |
| REDBOX AUTOMATED RETAIL, LLC, | ) ) ) | Magistrate Judge Jeffrey Cummings |
| *Defendant*. | ) | |

## JOINT [PROPOSED] DISCOVERY SCHEDULE

Pursuant to the Court's January 30, 2020 minute entry (Dkt. 35), Plaintiff Maria Jara and Defendant Redbox Automated Retail, LLC (together, the "Parties"), through their undersigned counsel, submit the following proposed discovery schedule:

| | | **Deadline** |
|---|---|---|
| 1. | Initial Disclosures | March 11, 2020 |
| 2. | Deadline to Add Parties/Amend Pleadings | May 19, 2020 |
| 3. | Fact Discovery Cut-Off | October 11, 2020 |
| 4. | Plaintiff's Opening Expert Disclosures | November 10, 2020 |
| 5. | Defendant's Rebutal Expert disclosures | December 10, 2020 |
| 6. | Plaintiff's Motion for Class Certification to be filed | January 9, 2021 |
| 7. | Dispositive Motion Deadline | 30 days after the Court's ruling on class certification[1] |

---

[1] Defendant may choose to file any dispositive motion at any time it deems appropriate.

1

Dated: February 5, 2020

By: /s/ Eugene Y. Turin

Eugene Y. Turin
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
eturin@mcgpc.com

Frank S. Hedin
Hedin Hall, LLP
1395 Brickell Ave, Suite 900
Miami, Florida 33131
Tel: (305) 357-2107
fhedin@hedinhall.com

Attorneys for Plaintiff

By: /s/ Margaret M. Schuchardt

Martin W. Jaszczuk
Margaret M. Schuchardt
Tamra Miller
JASZCZUK, P.C.
311 South Wacker Drive, Suite 3200
Chicago, IL 60606
Tel: (312) 442-0509
Fax: (312) 442-0519
mjaszczuk@jaszczuk.com
mschuchardt@jaszczuk.com
tmiller@jaszczuk.com

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2020, I electronically filed the foregoing *Joint [Proposed] Discovery Schedule* with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

Dated: February 5, 2020            By: /s/ Eugene Y. Turin
                                                               Eugene Y. Turin