### UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Maria Jara, et al.

         Plaintiff,

v.                 Case No.: 1:19−cv−04532
                   Honorable Virginia M. Kendall

Redbox Automated Retail, LLC

         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 6, 2020:

   MINUTE entry before the Honorable Virginia M. Kendall. The Court adopts Parties proposed Discovery Schedule [36]. Initial Disclosures to be exchanged by March 11, 2020. Amended Complaint due by May 19, 2020. End of Fact Discovery ordered closed by October 11, 2020. End of Fact Discovery Status hearing set for 10/13/2020 at 9:00 AM. Plaintiff's Opening Expert Disclosures due by November 10, 2020. Defendant's Rebuttal Expert disclosures due by December 10, 2020. Plaintiff's Motion for Class Certification to be filed by January 9, 2021. Dispositive Motion Deadline 30 days after the Court's ruling onclass certification. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.